**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No:  8:10-cr-516-T-30MAP

DENNIS EDWARD SPATES, JR.,

    Defendant.

_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #25) and the Objections (Dkt. #26) filed thereto.  The defense objects to the Report and Recommendation because no facts supported probable cause that the stolen items might be in Defendant Spates' residence.  To the contrary, the victims who recognized the robber gave that address as where the robber, Mr. Brown, lived.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  The Objections are overruled.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #25) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motions to Suppress (Dkts. #17 and #24) are DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 18, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2010\10-cr-516.adopt 25.wpd